# UNITED STATES DISTRICT COURT
for the
District of Maine

U.S. DISTRICT COURT
RECEIVED AND FILED
2017 MAY 17 PM 12 32
DEPUTY CLERK

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>Information associated with the email account:<br>williams.jessy45@yahoo.com | )<br>)<br>) Case No. 2:17-mj-115-JHR<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____May 31, 2017_____
                                                                                                                        *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
John H. Rich III
                    *(name)*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☑ for   30   days *(not to exceed 30)*.
                                                                          ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 5/17/17 at 12:10 p.m.        _____/s/_____
                                                                                              *Judge's signature*
A TRUE COPY
ATTEST: Christa K. Berry, Clerk

City and state:   Portland, Maine                        John H. Rich III, U.S. Magistrate Judge
                                                                                *Printed name and title*
                        By: _____/s/_____
                                Deputy Clerk

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

### Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

## Property to Be Searched

Information associated with each of these accounts:

a) **williams.jessy45@yahoo.com**

b) **rsdouc333@yahoo.com**

that is stored at premises controlled by Yahoo! Inc., a company that accepts service of legal process at 1600 Amphitheatre Parkway, Mountain View, California.

# ATTACHMENT B

## Particular Things to be Seized

I. **Information to be disclosed by Yahoo! Inc. (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any e-mails, instant messages, records, files, logs, or information that has been deleted but is still available to the Provider, the Provider is required to disclose the following information to the government for the account or identifier listed in Attachment A:

    a. The contents of all e-mails and instant messages associated with the account, including stored or preserved copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail and instant message, the date and time at which each e-mail or instant message was sent, and the size and length of each e-mail or instant message;

    b. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

    c. The types of service utilized;

    d. All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

e. All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken.

## II. Information to be seized

All information described above in Section I that constitutes evidence and instrumentalities of violations of 18 U.S.C. § 1343 occurring after 2012 through the present, including, for each account or identifier listed on Attachment A, information pertaining to the following matters

a. For each account, any and all communications relating to the transfer of monies or funds, any and all communications relating to fraud, any and all communications between any of the listed accounts, any and all communications which identify the user of the account.

b. All records or other information regarding the identification of each account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c. The types of service utilized;

d. All records or other information stored at any time by an individual using each account, including address books, contact and buddy lists, calendar data, pictures, and files;

e. All records pertaining to communications between the Provider and any person regarding each account, including contacts with support services and records of actions taken.

f. Information relating to who created, used, or communicated with each of the listed Email Accounts, including records about their identities and whereabouts.