## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE EMAIL ACCOUNT WILLIAMS.JESSY45@YAHOO.COM | No. 2:17-mj-00115-JHR<br><br>**Filed Under Seal** |

## <u>MOTION TO SEAL</u>

The United States of America, by and through its attorneys, Richard W. Murphy, Acting United States Attorney for the District of Maine, and Daniel J. Perry, Assistant United States Attorney, respectfully moves this Honorable Court to seal the above captioned case until August 29, 2017.

The Government respectfully submits that disclosure of these materials could seriously jeopardize an ongoing long-term investigation being conducted by the FBI. This federal investigation involves investigating individuals throughout the United States and internationally who are suspected to be involved in defrauding numerous victims throughout the United States. Disclosure of the search warrant at this time could have the effect of exposing the identity of cooperating witnesses, disclosing law enforcement investigative techniques, alerting targets and/or witnesses to the existence of this investigation, and/or leading to the flight of alleged participants.

WHEREFORE, the Government requests that the search warrant materials in the above captioned cases be sealed until August 29, 2017.

Dated at Portland, Maine this 31th day of May, 2017.

Respectfully submitted,

Richard W. Murphy
Acting United States Attorney

/s/Daniel J. Perry
Assistant U.S. Attorney